**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF KENTUCKY**

**SOUTHERN DIVISION**

| | |
|---|---|
| THOMAS E. PEREZ, Secretary of Labor, United States Department of Labor, </br></br>    Plaintiff </br></br>v. </br></br>CONNOR COAL COMPANY, INC. and JEREMY BRYANT, </br></br>    Defendants | ) </br> ) </br> ) </br> )  Civil Action No. _____ </br> ) </br> ) </br> ) </br> ) </br> )  **COMPLAINT** </br> )  (Injunctive Relief Sought) </br> ) </br> ) </br> ) |

Plaintiff brings this action pursuant to § 108 of the Federal Mine Safety and Health Act of 1977, 30 U.S.C. § 818. Plaintiff seeks an order enjoining the Defendants from violating the provisions of § 108 of the Act.

I

This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1331, 28 U.S.C. § 1345, 30 U.S.C. § 818, and Rule 65 of the Federal Rules of Civil Procedure.

II

Defendant, Connor Coal Company, Inc., at all times hereinafter mentioned, is a corporation that operates an underground coal mine in Floyd County, Kentucky. Connor Coal Company, Inc. is an "operator" as defined in § 3(d) of the Act [30 U.S.C. § 802(d)].

III

Defendant, Jeremy Bryant, at all times hereinafter mentioned, was a corporate officer and agent of Connor Coal Company,

Inc. Jeremy Bryant is an "operator" as defined in § 3(d) of the Act [30 U.S.C. § 802(d)].

IV

At all times hereinafter mentioned, Defendants acting in concert, operated a coal mine, the products of which enter commerce, or the operations or products of which affect commerce, and as such are subject to the provisions of the Federal Mine Safety and Health Act of 1977, as amended.

V

On August 17, 2015, Jeremy Bryant interfered with, hindered, and delayed an authorized representative of the Secretary in carrying out the provisions of the Act. Jeremy Bryant, after getting angry about a citation that was issued underground, threatened an inspector with the Mine Safety and Health Administration (MSHA). Jeremy Bryant backed the inspector against a wall, got approximately one inch from the inspector's face, and shouted, "You don't smart off to me! You don't ever smart off to me! I'm the last person you want to smart off to! That's the worst thing you can do is get smart with me!" As the inspector was leaving the mine, Jeremy Bryant confronted the inspector again in the parking lot. Jeremy Bryant told the inspector, "Don't look at me! Don't ever look at me that way! Don't ever look at me like you could run through me! That would be your worst mistake!"

VI

This was not the first time that Jeremy Bryant threatened an MSHA inspector. In November 2011, Jeremy Bryant threatened another

inspector. After the incident, MSHA met with Jeremy Bryant and was assured that there would be no further incidents.

VII

WHEREFORE, cause having been shown, the Plaintiff requests that the Court permanently enjoin the Defendants, their agents, employees, and all persons acting in active concert or participation with them as follows:

1. From interfering with, hindering, or delaying the Secretary of Labor or his authorized representatives in carrying out the provisions of the Act;

2. From threatening, harassing, or intimidating the Secretary or his authorized representatives in carrying out the provisions of the Act; and

3. For such other relief as the Court may deem proper.

                Respectfully submitted,

                M. PATRICIA SMITH
                Solicitor of Labor

                STANLEY E. KEEN
                Regional Solicitor

POST OFFICE ADDRESS:        THERESA BALL
                            Associate Regional Solicitor
Office of the Solicitor
U.S. Department of Labor
618 Church Street            s/ Matt S. Shepherd
Suite 230                      MATT S. SHEPHERD
Nashville, Tennessee 37219    Attorney

Telephone: (615) 781-5330     s/ Willow Eden Fort
Fax No. (615) 781-5321        WILLOW E. FORT
E-mail: nash.fedcourt@dol.gov   Attorney
        shepherd.matt@dol.gov
        fort.willow@dol.gov      U. S. Department of Labor
                                    Attorneys for the Secretary